UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAREN TATUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:23 CV 1219 RWS |
| | ) |
| NORTH AMERICA CENTRAL SCHOOL BUS LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's memorandum to Court [10] and another motion for an extension of time. [12]. On December 19, 2023, plaintiff was ordered to amend her complaint because her *pro se* complaint failed to articulate any discernable grounds for relief. ECF 5. The Memorandum and Order provides plaintiff with a form complaint and detailed instructions as to how her complaint is deficient and the additional allegations required by the Court to review her complaint under 28 U.S.C. § 1915(e)(2). ECF 5. I subsequently granted plaintiff a generous extension of time, up to and including January 30, 2024, to comply with the December 19, 2023 Memorandum and Order. ECF 9. That deadline has yet to expire.

Now, plaintiff has filed a memorandum "requesting a motion for correction in my case number and case file as well." ECF 10. Plaintiff demands the Court

change her case number to 4:23CV927 RWS.  Plaintiff insists that her case number 4:23CV1219 RWS indicates that her case was filed on December 19, 2023, and she threatens to "file a complaint of corruption" if her case number is not changed.

Plaintiff is wrong about the case number.  The case number does not indicate that her complaint was filed on December 19, 2023.  Case numbers in this district do not reflect a filing date.  The docket sheet for this case plainly shows that plaintiff's complaint was filed on September 27, 2023.  **Plaintiff is not entitled to change her case number, and her threats to and about the Clerk's Office for failing to change her case number are entirely inappropriate and misplaced**.

Plaintiff also demands another extension of time to comply with the December 19, 2023, Memorandum and Order claiming that she is disabled and "cannot sit for 6-8 hours to type or read."[1]  ECF 12.  The December 19, 2023 Memorandum and Order does not require plaintiff to type her complaint.  Moreover, plaintiff has already been afforded more than one month to amend her complaint, which does not require lengthy or legal recitations but a short and plain statement of her claims showing that she is entitled to relief.  Plaintiff still has up to and including January 30, 2024 to amend her complaint.  Therefore, any motion for an additional extension of time is denied at this time.  If plaintiff cannot

---

[1] Apparently plaintiff's disability did not prevent her from coming to the courthouse on January 19, 2024, to wrongly accuse the Clerk's Office of corruption for refusing to change her case number.  ECF 10.

ultimately meet her deadline she may file a timely motion for extension of time at the appropriate time.  However, at this time plaintiff is still expected to file an amended complaint in compliance by January 30, 2024 or face dismissal of her case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's second motion for extension of time [12] is denied, and plaintiff must still comply with the provisions of the December 19, 2023 Memorandum and Order [5] by no later **January 30, 2024**, or this Court will dismiss this action without prejudice and without further notice.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 24th day of January, 2024.