UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN TATUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:23 CV 1219 RWS |
| | ) | |
| NORTH AMERICA CENTRAL SCHOOL BUS LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM**

This matter is before the Court on plaintiff's letter to the Court about an incorrect filing date. [14]. Plaintiff is prohibited by local rule from writing letters to the Court. E.D. Mo. L.R. 4.04. The Court has nevertheless reviewed the letter, which has been docketed. Plaintiff appears to be responding to the latest Memorandum and Order of the Court, which denied her motion for extension of time and addressed her allegation that an incorrect filing date was attached to her complaint.

Instead of reading the Memorandum and Order (which succinctly explains that the case number does not indicate a filing date and that the file clearly shows that plaintiff's complaint was filed on September 27, 2023) and filing an Amended Complaint in compliance with the December 19, 2023 Memorandum and Order, plaintiff reiterates her insistence that the filing date on her complaint is wrong (it is

not and never was) and attaches a hodge podge of random documents, many of which have already been filed and some of which appear to have no relevance to this case whatsoever.

Buried among these random documents appears to be some sort of response to the December 19, 2023 Memorandum and Order (ECF 14 at 38-40, 46-55), but this is not on the form complaint provided to plaintiff with the December 19, 2023 Memorandum and Order, and it is not an appropriate method by which to file an Amended Complaint.  Plaintiff still has today and tomorrow to comply with the provisions of the December 19, 2023, Memorandum and Order.  **This block of documents sent as an exhibit to a letter to the Court does not comply with the provisions of the December 19, 2023, Memorandum and Order**.  **Plaintiff has already been given explicit instructions on how to amend her complaint and must comply with the December 19, 2023 Memorandum and Order by completing the form complaint and attaching the required documents. Failure to do so will result in the dismissal of this action without prejudice and without further notice.**

                                                                   RODNEY W. SIPPEL
                                                                   UNITED STATES DISTRICT JUDGE

Dated this 29th day of January, 2024.