UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAREN TATUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:23 CV 1219 RWS |
| | ) |
| NORTH AMERICA CENTRAL SCHOOL BUS LLC, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's renewed motion for appointment of counsel. As previously explained, plaintiff has no right to counsel in this civil case. ECF 5. After due consideration of the relevant factors previously set out in the Court's December 19, 2023 Memorandum and Order, the Court continues to believe that appointment of counsel is not warranted at this time, as this case is in its early stages. Plaintiff indicates that she has spoken to a legal clinic about representing her in this matter. The Court encourages plaintiff to continue to seek counsel to represent her in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to appoint counsel [28] is denied without prejudice.

                                                                                       _____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of May, 2024.