UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN TATUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:23 CV 1219 RWS |
| | ) | |
| NORTH AMERICA CENTRAL SCHOOL BUS LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's renewed motion for appointment of counsel. As previously explained, plaintiff has no right to counsel in this civil case. ECF 5. After due consideration of the relevant factors previously set out in the Court's December 19, 2023 Memorandum and Order, the Court continues to believe that appointment of counsel is not warranted at this time, as this case is in its early stages. The motion for appointment of counsel is denied.

Despite being told that she did not have leave to file a reply to the answer, plaintiff did so anyway, attaching 132 pages of discovery documents as exhibits. ECF 47. Plaintiff was previously warned about this practice when she filed her amended complaint. ECF 24. Plaintiff's reply and exhibits will be stricken from the record as the Court does not accept discovery documents from parties and

plaintiff does not have leave to file a reply to defendant's answer.  Plaintiff cannot continually file documents labeled as "supplements" in hopes to bolster the allegations of her amended complaint.  Any future attempt to modify plaintiff's amended complaint must be through appropriate motion practice in accordance with the Federal Rules of Civil Procedure and this Court's local rules, both of which are available on the Court's website.  Plaintiff's pro se status does not excuse her from following the procedural rules and Orders of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to appoint counsel [46] is denied without prejudice.

**IT IS FURTHER ORDERED** that plaintiff's supplemental reply and exhibits [47] are stricken from the record.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of September, 2024.