UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAREN TATUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 4:23 CV 1219 RWS |
| | ) |
| NORTH AMERICA CENTRAL | ) |
| SCHOOL BUS LLC, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on pro se plaintiff Karen Tatum's motion for leave to request ADR [67] and motion for appointment of pro bono neutral. [68]. As the Court has yet to enter a case management order and currently has pending before it plaintiff's motion for leave to amend her complaint, these motions are denied without prejudice as premature. As explained to Tatum in the Court's September 25, 2024 Memorandum and Order (ECF 55), the Court will consider whether to order mediation after the parties discuss the issue during their Rule 26 conference and submit their joint proposed scheduling plan. If the Court decides to order mediation in this case, it will consider the appointment of a pro bono neutral

at that time. However, the Court must first decide whether to grant Tatum leave to amend her complaint.[1]

Plaintiff's motion for hearing [70] is denied as the Court does not require a hearing to resolve the pending motions.

Accordingly,

**IT IS HEREBY ORDERED** that defendant shall file its response to the motion to revoke pro hac vice admission [66] in accordance with the time limits set forth in the Court's local rules. Plaintiff may submit any reply brief in support of this motion in accordance with the time limits set forth in the Court's local rules.

**IT IS FURTHER ORDERED** that the motions for leave to request ADR [67] and motion for appointment of pro bono neutral [68] are denied without prejudice as premature.

**IT IS FURTHER ORDERED** that plaintiff's motion for hearing [70] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of November, 2024.

---

[1] Contrary to Tatum's insistence, she is not entitled to amend her complaint as of right under Fed. R. Civ. P. 15(a)(1). Defendant has the right to object to amendment, and the Court will rule on the motion to amend once it is fully briefed.