UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAREN TATUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:23 CV 1219 RWS |
| | ) |
| NORTH AMERICA CENTRAL SCHOOL BUS LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on pro se plaintiff Karen Tatum's motion for leave to amend complaint. To the extent plaintiff seeks leave to amend her complaint against defendant North American Central School Bus LLC, the motion for leave to amend is granted without objection from defendant. ECF 74. The motion for leave to amend is also granted as to defendant Laborers' International Union of North America Local 773 as plaintiff represents that she obtained a right to sue Local 773. However, plaintiff's motion for leave to amend is denied as futile as to the individual defendants named in the amended complaint. As previously explained in the Memorandum and Order dated December 18, 2023, plaintiff cannot bring claims against individual defendants under the ADA, ADEA, and Title VII. ECF 4.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to amend complaint [63] is granted <u>only</u> as follows: the motion for leave to amend is granted as to defendant North American Central School Bus LLC and Laborers' International Union of North America Local 773 and denied as to all remaining defendants.  Plaintiff's second amended complaint [63-1] is deemed filed as of this date.

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis in this action, the Clerk shall issue process, or cause process to issue upon the second amended complaint as to defendant Laborers' International Union of North America Local 773 at 5102 Ed Smith Way, Marion, Illinois, 62959.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of November, 2024.