UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAREN TATUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:23 CV 1219 RWS |
| ) | |
| NORTH AMERICA CENTRAL ) | |
| SCHOOL BUS LLC, et al., ) | |
| ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

After due consideration,

**IT IS HEREBY ORDERED** that plaintiff's motions for copies of documents [99, 100] is denied, as the docket sheet and certificates of service for these documents reflect that plaintiff has recently been served copies of these documents by mail.

**IT IS FURTHER ORDERED** that plaintiff's motion to correct caption [99] is denied as moot, as the record reflects that the case caption correctly reflects the parties to the case and the nature of suit.

**IT IS FURTHER ORDERED** that plaintiff's motion to file a reply to defendant's answer [100] is denied, and motion for extension of time to file a reply to defendant's answer [100] is denied as moot as plaintiff does not have leave to file a reply to the answer. *See* Fed. R. Civ. P. 7(a).

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 9th day of December, 2024.