UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAREN TATUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:23 CV 1219 RWS |
| ) | |
| ILLINOIS CENTRAL SCHOOL BUS LLC ) | |
| a/k/a NORTH AMERICA CENTRAL ) | |
| SCHOOL BUS LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

After due consideration,

**IT IS HEREBY ORDERED** that plaintiff's motions to acknowledge filing [106] and to correct case caption [107] are granted only to this extent: the Clerk of the Court shall amend the docket sheet to reflect that plaintiff has named defendant Illinois Central School Bus LLC a/k/a Missouri Central School Bus, not North American Central School Bus LLC d/b/a Missouri Central School Bus LLA d/b/a Illinois Central School Bus LLC, as defendant in her second amended complaint, and defendant North American Central School Bus, LLC, shall either amend its answer and affirmative defenses to the second amended complaint to address this name change or file an appropriate motion with respect to the name change in plaintiff's second amended complaint by no later than December 27, 2024; plaintiff's motion to correct caption [107] is denied to the extent she is seeking to add additional "nature of suit" codes to the docket sheet as only one code is included on the docket sheet, and plaintiff's case remains correctly classified as an employment case even if she brings additional claims under other statutes in her second amended complaint;

the claims in plaintiff's second amended complaint are not dictated by the nature of the suit code on the docket sheet and remain as pleaded by plaintiff, whatever the nature of suit code may be.

**IT IS FURTHER ORDERED** that plaintiff's motion compel [108] is denied.

**IT IS FURTHER ORDERED** that plaintiff's motion for extension of time [109] is denied as moot as there is nothing pending in this Court which requires a response from plaintiff at this time; to the extent plaintiff seeks an extension of time related to one of the numerous notices of interlocutory appeal she has filed in this case, she must seek such an extension from the Eighth Circuit Court of Appeals, not this Court.

_____<br>
RODNEY W. SIPPEL<br>
UNITED STATES DISTRICT JUDGE

Dated this 16th day of December, 2024.